ACCEPTED
04-14-00756-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/16/2015 3:28:21 PM
KEITH HOTTLE
CLERK

## NO. 04-14-00756-CR

| | | |
|---|---|---|
| **STATE OF TEXAS,** | § | **IN THE** |
| **Appellant** | § | |
| **VS.** | § | **FOURTH COURT** |
| | § | |
| **COURVEN THOMAS,** | § | **OF APPEALS** |
| **Appellee** | | |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
6/16/2015 3:28:21 PM
KEITH E. HOTTLE
Clerk

## APPELLANT'S MOTION TO EXTEND TIME TO FILE BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Courven Thomas, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the County Court at Law Number Two of Guadalupe County, Texas.

2. The case below was styled the STATE OF TEXAS vs. COURVEN THOMAS. and numbered CCL-14-0533.

3. Appellant was charged with Possession of a Controlled Substance, Penalty Group 3, Less than 28 grams.

4. Appellant's Motion to Suppress Evidence was granted by the trial court on October 15, 2014.

5. The state filed Notice of appeal on October 29, 2014..

6. The state filed its brief on April 17, 2015.

7. The appellate brief was due on May 18, 2015.

10. Appellant requests an extension of time of 30 days from the present date, i.e. July 15, 2015.

11. No prior extensions have been received in this cause, but counsel failed to file the brief by the May 18, 2015 deadline.

12. Defendant is currently released on bond on this case, but incarcerated on another matter.

13. Appellant relies on the following facts as good cause for the requested extension:

For the past several months, counsel for appellant has faced an overwhelming caseload, particularly of appointed cases, and has struggled to complete her duties, working nights and weekends in an attempt to effectively represent her clients. Many serious cases have been set for trial during this time, and consequently given priority over other cases. Additionally, counsel has been working on several briefs that are currently due or regrettably, overdue. In an effort to remedy this situation, counsel has removed herself from the list of attorneys available to take court-appointed cases, until she can complete her duties in a timely manner. Counsel therefore requests an extension of time to file the brief in this cause to July 15, 2015.

By way of example: Counsel for defendant was preparing for trial in several complex felony cases: *State of Texas v. Theron Adams*, tried on May 18 – 20, 2015 (Failure to Register/Habitual) *State of Texas v. Willie Kizer*, Cause No.14-1449-CR-A, 25th Judicial District Court, Guadalupe County,tried on June 8 – June 11, 2015 (murder); *State of Texas v. Jesse Hoermann*, Cause No. 14-0904-CR-C, 2nd 25th Judicial District Court, Guadalupe County, set for April 20, 2015, but resolved on day of trial (indecency with a child); *State of Texas v. Joe Manuel Gutierrez*, Cause No. 14-148, Caldwell County, set for April 20, 2015, but continued by court (Continuous Sexual Abuse of a Child).

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,


Schoon Law Firm, P.C.
200 N. Seguin Avenue
New Braunfels, Texas 78130
Tel: (830) 627-0044
Fax: (830) 620-5657

By:_____

Susan Schoon
State Bar No. 24046803
Attorney for Courven Thomas


## CERTIFICATE OF SERVICE

This is to certify that on June 16, 2015, a true and correct copy of the above and

foregoing document was served on the County Attorney's Office, Guadalupe County,

Texas by fax to 830-.379-9491

_____

Susan Schoon